# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4180
_____

ELIZABETH JANE SWINNEY n/k/a
ELIZABETH HAZEN,

   Appellant,

   v.

NATIONSTAR MORTGAGE LLC,

   Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

October 4, 2018

PER CURIAM.

   AFFIRMED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

W. Jeffrey Barnes of W.J. Barnes, P.A., Boca Raton, for Appellant.

Sara F. Holladay-Tobias of McGuire Woods LLP, Jacksonville, for Appellee.